DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZEV ABRAHAM LENCHUS,**
Appellant,

v.

**ANNA YAROVICH LENCHUS,**
Appellee.

No. 4D22-1774

[August 10, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda A. Alley, Judge; L.T. Case No. FMCE21015183.

Laura Davis Smith and Sonja A. Jean of Davis Smith & Jean, LLC, Coral Gables, for appellant.

Darius Asly, Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***